MINUTE ENTRY
NORTH, M.J.
APRIL 1, 2015

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SEAN A. BRISTOL, ET AL.                               CIVIL ACTION

VERSUS                                                NUMBER:  14-2984

DOREL JUVENILE GROUP, INC.                            SECTION:  "I"(5)

## HEARING ON MOTION

COURT REPORTER:  Arlene Movahed

APPEARANCES:     Raymond Lewis, Claudia Santoyo

MOTION:

(1)     Defendant's Motion to Compel and for Discovery Sanctions (Rec. doc. 17).

_____ :        Continued to

_____ :        No opposition

__1__ :         Opposition

## ORDERED

_____ :        Dismissed as moot.

_____ :        Dismissed for failure of counsel to appear.

_____ :        Granted.

_____ :        Denied.

__1__ :         Other.  Subject to the following modifications, all forms of relief enumerated in Defendant's motion are granted with the exception of "F" (expenses including attorney's fees) which is held in abeyance.  On or before 5:00 p.m. on April 7, 2105, Plaintiffs are to fully and formally respond, without objection, to Defendant's outstanding written discovery requests and are to provide Defendant with their Rule 26 initial disclosures.  Any perceived

MJSTAR(00:10)

deficiencies in those responses or initial disclosures are to be the subject of a separate motion. Plaintiffs are admonished that should the Court find actual deficiencies in the forthcoming discovery responses, it may assess any of the sanctions available under Rule 37 as a remedy.

                                              MICHAEL B. NORTH
                                      UNITED STATES MAGISTRATE JUDGE